UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HARRY MICHAEL ZEA,

    Plaintiff,

-vs-                                            Case No. 2:11-cv-249-FtM-36SPC

EVERHOME MORTGAGE COMPANY,
as successor in interest to Bank of Florida-
Southwest,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Defendant's Motion to Compel Responses to First Request for Production of Documents to Plaintiff and First Set of Interrogatories to Plaintiff (Doc. #15) filed on December 7, 2011. No response has been filed to date, therefore, the Court will consider the Motion without benefit of a response.

The Federal Rules state that, "[t]he party upon whom the request [for production] is served shall serve a written response within 30 days after the service of the request." Fed. R. Civ. P. 34(b). Likewise, a party upon whom interrogatories have been served has 30 days to respond either by filing answers or objections to the propounded interrogatories. Fed. R. Civ. P. 33(b). If the serving party does not receive a response to their interrogatories and request for production, then the serving party may request an order compelling disclosure. Fed. R. Civ. P. 37(a). Whether or not to grant the motion to compel is at the discretion of the trial court. Commercial Union Insurance Co. v. Westrope, 730 F.2d 729, 731 (11th Cir. 1984).

Defendant EverHome served Discovery Requests on Plaintiff on September 1, 2011. Plaintiff's responses were due on or before October 4, 2011, yet, to date, the Plaintiff has not served any responses to the Discovery Requests, nor has he sought an extension of time for responding. Counsel for Defendant certifies that he made a good-faith effort to resolve this matter without court intervention. Therefore, the Court directs Plaintiff to provide full and complete responses to Defendant's Discovery Requests.

Accordingly, it is now

**ORDERED:**

The Defendant's Motion to Compel Responses to First Request for Production of Documents to Plaintiff and First Set of Interrogatories to Plaintiff (Doc. #15) is **GRANTED**. The Plaintiff, Harry Michael Zea, has up to and including **January 26, 2012,** to provide full and complete responses to Defendant's First Request for Production and First Set of Interrogatories. .

**DONE AND ORDERED** at Fort Myers, Florida, this  6th  day of January, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record